IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELBERT VAUGHT,

      Plaintiff,                       No. CIV S-09-3232 EFB P

     vs.

J. PETERSON, et. al.,

      Defendants.           ORDER
_____/

     Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(1)-(2).

     Currently pending is plaintiff's July 6, 2010 motion for voluntary dismissal. Subject to exceptions not applicable here, a plaintiff may voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A). Defendants have not yet appeared in this action.

////

////

1

1   Accordingly, it is ORDERED that this case is dismissed without prejudice.

2   Dated: July 21, 2010.

3

4   _____
    EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26